IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JG WENTWORTH ORIGINATIONS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALONA ELLISON-ACOSTA | : | NO. 26-309 |

ORDER

AND NOW, this 21st day of January 2026, in that JG Wentworth Originations, LLC has filed a motion in <u>B.A. v. Borough of Sharon Hill, et al.</u>, C.A. #22-2060, for consent and approval to proceed with the partial transfer of the structured settlement in that action, it is hereby ORDERED that this action is DISMISSED.

BY THE COURT:

/s/ Harvey Bartle III
                                           J.